#### IN THE UNITED STATES DISTRICT COURT
#### SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERRY B. EZEBUIROH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  3:19-cv-00729-JPG |
| | ) |
| JACOB GRAY, | ) |
| | ) |
| Defendant | ) |

### **JUDGMENT IN A CIVIL CASE**

The Court having been advised that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:  January 16, 2024**

                                                MONICA A. STUMP, Clerk of Court

                                                By:    *s/Tina Gray,*
                                                              Deputy Clerk

**APPROVED:**  *s/J. Phil Gilbert*
                        J. PHIL GILBERT
                        U.S. DISTRICT JUDGE